IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VIENGKHAM VILAISANE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.                                     Case No. 10-cv-65-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is Petitioner's Motion to Withdraw (Doc. 15), in which he requests that his Petition for Writ of Habeas Corpus (Doc. 1) be dismissed without prejudice, because he is transferring to another region. Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**, said Motion (Doc. 15) is **GRANTED**. This matter is hereby **DISMISSED WITHOUT PREJUDICE**, each Party to bear its own costs and fees.

    **IT IS SO ORDERED.**

    Signed this 15th day of September, 2010.

                                                      /s/    David R Herndon
                                                      **Chief Judge**
                                                      **United States District Court**